624

377 A.2d 1000

Nicholson, Appellant, v. Simmons.

Argued June 13, 1977. George E. Clark, Jr., with him James T. McHale, for appellant; John Q. Durkin, with him Jacob Nogi, for appellee.

Decree affirmed.

PRICE, J., did not participate in the consideration or decision of this case.

377 A.2d 1000

Novinger's, Inc. v. Nassau Shopping Center Corporation, et al., Appellant.

Argued June 16, 1977. Donald F. Krank, with him Krank, Gross & Casper, for appellant; Thomas A. Beckley, with him Beckley & Madden, for appellee.

Order and judgment affirmed.